UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:16 CR 177 |
| | ) | |
| ROSALBA FRANCO, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the findings and recommendation of the United States Magistrate Judge (DE # 88), to which the defendant has not objected,[1] and subject to this court's consideration of the Plea Agreement (DE # 85) pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment (DE # 28) is hereby **ACCEPTED**. A sentencing date will be set under separate order. The court withholds adjudication of guilt until sentencing.

**SO ORDERED.**

Date: May 3, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Objections to the findings and recommendation were due May 2, 2018. (DE # 88.)